USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 2, 2016

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SANFORD WILK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LIFE PROTECT 24/7, INC. f/k/a USA LIFE ALERT, INC., a Virginia corporation,

Defendant.

NO. 1:14-cv-10003-KPF

**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**

## I. STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Sanford Wilk, and defendant, Life Protect 24/7, Inc. f/k/a/ USA Life Alert, Inc., hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims, and to the dismissal of the putative class member claims without prejudice, with each side to bear its own fees and costs.

RESPECTFULLY SUBMITTED AND DATED this 1st day of August, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By: _____
Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Mary B. Reiten, *Admitted Pro Hac Vice*
Email: mreiten@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

TROUTMAN SANDERS LLP

By: _____
Jason E. Manning
E-mail: jason.manning@troutmansanders.com
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524

*Attorneys for Defendant*

FITAPELLI & SCHAFFER, LLP

By: _____
Joseph A. Fitapelli
Email: jfitapelli@fslawfirm.com
Brian S. Schaffer
Email: bschaffer@fslawfirm.com
Frank J. Mazzaferro
Email: fmazzaferro@fslawfirm.com
28 Liberty Street
New York, New York 10005
Telephone: (212) 300-0375
Facsimile: (212) 481-1333

*Attorneys for Plaintiff and the Putative Class*

SO ORDERED.

Dated: August 2, 2016            HON. KATHERINE POLK FAILLA
       New York, New York        UNITED STATES DISTRICT JUDGE